## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | | |
|---|---|---|
| KENNY DERAS, | ) | |
| | ) | |
| Movant, | ) | |
| v. | ) | No.   2:11-cr-00112-GZS |
| | ) | 2:12-cv-00364-GZS |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent | ) | |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (ECF No. 117) filed June 14, 2013, the Recommended Decision is **AFFIRMED**.

Accordingly, it is **ORDERED** that the Respondent's 28 U.S.C. § 2255 motion is summarily **DENIED** and no certificate of appealability shall be issued because there is no substantial showing of the denial of a constitutional right within the meaning of 28 U.S.C. §2253(c).

  /s/ George Z. Singal   
United States District Judge

Dated this 10th day of July, 2013.